against Albert C. Gants and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 123 N. Y. Supp. 45.

VOGT, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by William Vogt against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

VON DEN DRIESCH v. BRITSCH et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Albert von den Driesch against Frederick Britsch, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed.

VON DEN DRIESCH v. BRITSCH et al. (two cases). (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Albert von den Driesch against Frederick Britsch, impleaded with others. S. Lachman, for appellant. B. L. Kraus, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

VON RODENSTEIN v. NOBLE et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Herman G. Von Rodenstein against Herbert W. Noble and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellants comply with terms stated in order. Order filed.

V. & O. PRESS CO., Respondent, v. DODGE BOTTLE CAP CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by the V. & O. Press Company against the Dodge Bottle Cap Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

WADING RIVER REALTY CO. v. LOPER. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by the Wading River Realty Company against Gilbert E. Loper.

PER CURIAM. Motion granted on payment of $10 costs, appellant to stipulate to submit appeal without argument if respondent desires such a submission. If respondent desires to argue, on payment of costs the case will be set down for November 29th. Settle order on notice.

WALDO et al. v. SCHMIDT. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Eugene L. Waldo and others against Fedor Schmidt, individually, etc. No opinion. Motion granted. Question certified. Order filed. See, also, 139 App. Div. 589, 124 N. Y. Supp. 189.

WALNUT HILL BANK v. NATIONAL RESERVE BANK OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action

by the Walnut Hill Bank against the National Reserve Bank of the City of New York. No opinion. Application granted. Order signed. See, also, 65 Misc. Rep. 315, 121 N. Y. Supp. 892.

WALTHROP et al., Respondents, v. WEICHSELBAUM, Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1910.) Action by Henry Walthrop and another against Isaak Weichselbaum. No opinion. Judgment of the Municipal Court affirmed, with costs.

WARD, Respondent, v. INTERNATIONAL R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by Harry J. Ward against the International Railway Company and another.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents upon the ground that the verdict is excessive, that error was committed in the charge, and that improper remarks were made by plaintiff's counsel.

WARE v. BONTA. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by William R. Ware against Mary W. Bonta. No opinion. Motion denied, with $10 costs. Order filed. See, also, 138 App. Div. 909, 123 N. Y. Supp. 1147.

WEIDMAN, Appellant, v. KINZLY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by Edward Weidman, an infant, by guardian ad litem, against Frank Kinzly.

PER CURIAM. Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the court erred in charging the jury as matter of law that the defendant was justified in arresting the plaintiff and taking him into custody.

McLENNAN, P. J., and WILLIAMS, J., dissent upon the ground that there was a misunderstanding between the court and counsel, and upon the disagreement occurring the court then left to the jury the question of plaintiff's right to recover.

WEINHEIMER, Respondent, v. ROSS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by John F. Weinheimer against Alexander J. Ross and another.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., dissents.

WEINREB et al. v. COLEMAN STABLE CO. et al. (Supreme Court, Appellate Term. November 17, 1910.) Appeal from City Court of New York, Special Term. Action by Abraham Weinreb and another against the Coleman Stable Company and others. From an order granting the motion of part only of defendants for a full bill of costs against plaintiffs, plain-